| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | AUSA NAME<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |



**FILED**

JUL 29 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>403 CANYON HIGHLANDS DRIVE<br>OROVILLE, CALIFORNIA | S.W. NO. 2:11-0310 DAD<br><br>ORDER RE: REQUEST TO UNSEAL<br>SEARCH WARRANT AND SEARCH<br>WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: July 29, 2011

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1